**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
JESUS GONZALEZ,                                          :
                                                        :
                Plaintiff,           :        25-CV-7654 (JHR) (OTW)
                                                        :
            -against-                         :
                                                        :        **ORDER**
INNSIDE VENTURES, LLC,                                   :
                                                        :
                Defendant.          :
                                                        :
---------------------------------------------------------------x

        **ONA T. WANG**, **United States Magistrate Judge**:

        On November 25, 2025, I issued an Order to Show Cause directing Defendant to show cause why a recommendation of entry of default should not be ordered for their failure to respond to the complaint and their failure to appear at the November 18, 2025 case management conference. (ECF 13). The deadline to respond was December 5, 2025 and no such response has been filed to date. The Court is in receipt, however, of parties' stipulation filed on December 10, 2025 that suggests an appearance may be forthcoming. (ECF 14).

        The deadline for Defendant to respond to the Order to Show Cause at ECF 13 is **EXTENDED to December 17, 2025.** Plaintiff is required to file a response by **December 19, 2025** if they wish to proceed with this case. If no response is filed, I may also recommend dismissal for failure to prosecute.

        **SO ORDERED.**

                                              *s/ Ona T. Wang*
Dated: December 12, 2025                     **Ona T. Wang**
      New York, New York                     United States Magistrate Judge